IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW, LTD, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| LOUIS LARDO, individually and d/b/a Lou's Little Corner Bar; Lou's Little Corner Bar, Inc., an unknown business entity d/b/a Lou's Little Corner, | ) | Civil Action No. 10-cv-0059 |
| Defendants. | ) | |

ORDER

And now, this 5th day of October 2010, upon consideration of plaintiff's Declaration of Plaintiff's Counsel Regarding Attorneys' Costs and Fees, it is hereby ORDERED and ADJUDGED that the request for costs and fees is GRANTED. Defendants are ORDERED to pay costs in the amount of Eight Hundred Eighty-Five Dollars and Forty-Two Cents ($885.42) and attorneys' fees in the amount of Four Thousand Four Hundred Fifty-Three Dollars and Seventy-Three Cents ($4,453.73).

BY THE COURT:

_____, C.J.

cc: All counsel of record